IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV55

| | |
|---|---|
| TERRY ALVIN HYATT, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>MARVIN POLK, Central Prison, )<br>Raleigh, North Carolina, )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's response to the Court's Show Cause Order issued October 4, 2006.

Counsel advises that the Petitioner has filed a petition for a writ of certiorari with the North Carolina Supreme Court for review of the denial of his motion for appropriate relief issued May 27, 2005. **Response to Show Cause Order, filed October 23, 2006, at 2.** The Supreme Court is scheduled to release rulings on such petitions on November 17, 2006. *Id*.

**IT IS, THEREFORE, ORDERED** that Petitioner has 60 days from entry of this Order to file his petition herein or provide the Court with explanation as to why the petition cannot be filed at that time.

Signed: October 25, 2006

Lacy H. Thornburg
United States District Judge